Hon. Marsha J. Pechman

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JOSE LUIS OLMOS GOMEZ,<br><br>                Plaintiff,<br><br>   v.<br><br>KENNETH T. CUCCINELLI, et al.<br><br>                Defendants. | Case No. 2:20cv1304-MJP<br><br>Stipulated Motion to Extend Deadlines<br><br>Note on Motion Calendar:<br>October 22, 2020. |

The parties, pursuant to Local Rules 10(g) and 16, hereby jointly stipulate and move for a 60-day extension of Defendants' deadline to file an Answer to the Complaint. The Answer is currently due November 9, 2020; the new deadline would be January 8, 2021.

A court may modify a schedule for good cause. Fed. R. Civ. P. 16(b)(4). Continuing pretrial and trial dates is within the discretion of the trial judge. *See King v. State of California*, 784 F.2d 910, 912 (9th Cir. 1986). The parties submit there is good cause for an extension of this deadline. Defendants have scheduled Plaintiff's I-485 interview and intend to adjudicate the I-485 Application for lawful permanent resident status promptly thereafter. Adjudication of Plaintiff's I-485 Application would fully resolve this mandamus action without the time and expense of further litigation.

STIPULATED MOTION AND ORDER
TO EXTEND DEADLINES
2:20cv1304-MJP
PAGE– 1

Accordingly, the parties seek a 60-day extension of the deadline for Defendants to file the Answer.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: October 22, 2020

s/ *Alexandra Lozano*
ALEXANDRA LOZANO, WSBA #40478
Alexandra Lozano Immigration Law
16400 Southcenter Pkwy., Suite 410
Tukwila, WA 98188
Phone: 206-406-3068
Fax: 206-494-7775
Email: Alexandra@abogadaalexandra.com

Attorney for Plaintiff

DATED: October 22, 2020

s/ *Matt Waldrop*
MATT WALDROP, Georgia Bar #349571
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone:  206-553-7970
Fax:  206-553-4067
Email:  james.waldrop@usdoj.gov

Attorney for Defendants

## ORDER

The Court GRANTS the stipulated motion. Defendants' response is now due by January 8, 2021.

**IT IS SO ORDERED**.

Dated this 26th day of October, 2020.

_____
The Honorable Marsha J. Pechman
United States District Judge

STIPULATED MOTION TO EXTEND DEADLINES
2:20-cv-1304-MJP
PAGE– 3