Hon. Marsha J. Pechman

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSE LUIS OLMOS GOMEZ,<br><br>                Plaintiff,<br>   v.<br><br>KENNETH T. CUCCINELLI, et al.<br><br>                Defendants. | Case No. 2:20cv1304-MJP<br><br>Stipulated Motion to Extend Deadlines<br><br>Note on Motion Calendar:<br>January 4, 2021. |

      The parties, pursuant to Local Rules 10(g) and 16, hereby jointly stipulate and move for a 120-day extension of Defendants' deadline to file an Answer to the Complaint.  The Answer is currently due January 8, 2021;  the new deadline would be May 7, 2021.

      A court may modify a schedule for good cause.  Fed. R. Civ. P. 16(b)(4).  Continuing pretrial and trial dates is within the discretion of the trial judge.  *See King v. State of California*, 784 F.2d 910, 912 (9th Cir. 1986).  The parties submit there is good cause for an extension of this deadline. Defendants have recently conducted Plaintiff's I-485 interview and have issued an initial decision on the adjudication of the I-485 Application for lawful permanent resident status.  Under regulation, Plaintiff now has 90 days to respond to that adjudication decision.  Adjudication of Plaintiff's I-485 Application would fully resolve this mandamus action without the time and expense of further

STIPULATED MOTION TO EXTEND DEADLINES
2:20-cv-1304-MJP
PAGE– 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

litigation.

Accordingly, the parties seek a 120-day extension of the deadline for Defendants to file the Answer.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: January 4, 2021
s/ *Alexandra Lozano*
ALEXANDRA LOZANO, WSBA #40478
Alexandra Lozano Immigration Law
16400 Southcenter Pkwy., Suite 410
Tukwila, WA 98188
Phone: 206-406-3068
Fax: 206-494-7775
Email: Alexandra@abogadaalexandra.com

Attorney for Plaintiff

DATED: January 4, 2021
s/ *Matt Waldrop*
MATT WALDROP, Georgia Bar #349571
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone:  206-553-7970
Fax:  206-553-4067
Email:  james.waldrop@usdoj.gov

Attorney for Defendants

STIPULATED MOTION TO EXTEND DEADLINES
2:20-cv-1304-MJP
PAGE– 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## ORDER

**IT IS SO ORDERED**.

Dated this 4th day of January, 2021.

_____
Honorable Marsha J. Pechman
United States District Judge

STIPULATED MOTION TO EXTEND DEADLINES
2:20-cv-1304-MJP
PAGE– 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970