Hon. Marsha J. Pechman

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSE LUIS OLMOS GOMEZ,<br><br>　　　　　　　　　　Plaintiff,<br>　v.<br><br>TRACY RENAUD, et al.<br><br>　　　　　　　　　　Defendants. | Case No. 2:20cv1304-MJP<br><br>Stipulated Motion for Dismissal<br><br>Note on Motion Calendar:<br>May 5, 2021. |

　　The above-captioned action having been resolved, all parties, through their undersigned counsel and respective attorneys of record, now hereby stipulate to the dismissal with prejudice of the above-captioned action, with the parties to each bear their own fees and costs.

　　Respectfully submitted,

　　DATED this 5th day of May, 2021.

　　　　　　　　　　　　　　　　　　TESSA M. GORMAN
　　　　　　　　　　　　　　　　　　Acting United States Attorney

　　　　　　　　　　　　　　　　　　/s/ Matt Waldrop
　　　　　　　　　　　　　　　　　　MATT WALDROP, Ga Bar # 349571
　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　Western District of Washington

STIPULATED MOTION FOR DISMISSAL
2:20-cv-1304-MJP
PAGE– 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

U.S. Attorney's Office
Western District of Washington
700 Stewart Street, Suite 5220
Phone: (206) 553-7970
Email: james.waldrop@usdoj.gov

Attorney for Defendant


 /s/ Alexandra Lozano
ALEXANDRA LOZANO, WSBA #40478
Alexandra Lozano Immigration Law
16400 Southcenter Pkwy., Suite 410
Tukwila, WA 98188
Phone: 206-406-3068
Fax: 206-494-7775
Email: Alexandra@abogadaalexandra.com

Attorney for Plaintiff

STIPULATED MOTION FOR DISMISSAL
2:20-cv-1304-MJP
PAGE– 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

# **ORDER**

IT IS HEREBY ORDERED that the Parties' Stipulation and Order for Dismissal is GRANTED for the reasons set forth in the Stipulation.

SO ORDERED.

DATED this 6th day of May, 2021.

*[signature]*

HON. MARSHA J. PECHMAN
UNITED STATES SENIOR DISTRICT COURT

STIPULATED MOTION FOR DISMISSAL
2:20-cv-1304-MJP
PAGE– 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970